# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID LOUIS DWYER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3627

[November 12, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 43-2012-CF-001148-A.

Mattie S. Fore of Mattie Fore Law, LLC, Lake Worth Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***